JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARENEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> EDLIO, LLC; HEATHER LADD, in her official and individual capacities; JANET REDELLA, in her official and individual capacities; BLANCA VEGA, in her official and individual capacities; JENNIFER BELL, in her official and individual capacities; CASSIDY NELSON, in her official and individual capacities; and JOHN DOES 1-10, <br><br> Defendants. | Case No. CV 20-8761-MWF (MRWx) <br><br> **ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

The Court, having considered the Stipulation and good cause appearing, hereby **GRANTS** the Stipulation and orders as follows:

This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 10, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge